AO 106 (Rev. 5/85) Affidavit for Search Warrant

# United States District Court

## MIDDLE DISTRICT OF ALABAMA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

In the matter of the search of Peoples Southern Bank Deposit Box Number 1027 located in Peoples Southern Bank at 620 2nd Avenue North, Clanton, Alabama 34045

Referenced in Attachment A.

## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

CASE NUMBER: 2:17 MJ 191-GMB

I, _____ Chris Hill _____ being duly sworn depose and say:

I am a(n) __Task Force Officer with the Drug Enforcement Agency__ and have reason to believe
<br>Official Title

that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
Peoples Southern Bank Deposit Box Number 1027 located in Peoples Southern Bank at 620 2nd Avenue North, Clanton, Alabama 35045

Referenced in Attachment A.

in the _____ Middle _____ District of _____ Alabama _____
there is now concealed a certain person or property, namely (describe the person or property)

See Attachment A.

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)

evidence of a crime.

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 846 _____
The facts to support the issuance of a Search Warrant are as follows:

See attached affidavit incorporated herein by reference and made part of this application.

Continued on the attached sheet and made a part hereof.        ☒ Yes        ☐ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

AUGUST 11, 2017 _____        at        MONTGOMERY, ALABAMA _____
Date                                                                              City and State

HONERABLE GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE _____        _____
Name and Title of Judicial Officer                                    Signature of Judicial Officer

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

IN THE MATTER OF THE SEARCH OF
PEOPLES SOUTHERN BANK SAFETY
DEPOSIT BOX NUMBER 1027 LOCATED
IN PEOPLES SOUTHERN BANK LOCATED
AT 620 2^ND^ AVE NORTH, CLANTON, ALABAMA

Case No ⟨2:17mJ191-GmB⟩

## AFFIDAVIT IN SUPPORT OF A WARRANT
## TO SEARCH SAFETY DEPOSIT BOX

I, Chris Hill, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application under Rule 41 of the Federal Rules

of Criminal Procedure for a search warrant authorizing the search of safety deposit box number

1027 located at Peoples Southern Bank in Clanton, Alabama.

2.      I am a Drug Enforcement Agency "DEA" Task Force Officer assigned to the

HIDTA Group 40 at the Montgomery Resident Office and have been so assigned since 2015.

Currently, I am employed as a Sergeant with the Autauga County Sheriff's Office. I have been so

employed for the past seven years. Previously, I was employed by the Montgomery Police

Department for 2 years. Through the course of my career I worked Patrol, Investigations, and

currently four years in the field of Narcotics. I personally have been involved in cases concerning

trafficking in cocaine, marijuana, methamphetamine, pharmaceutical drugs, and money

laundering.

3.      This affidavit is intended to show only that there is sufficient probable cause for the

requested warrant and does not set forth all of my knowledge about this matter.

## IDENTIFICATION OF ITEMS TO BE SEARCHED

4.     The contents of Peoples Southern Bank Safety Deposit Box number 1027 located at Peoples Southern Bank located at 620 2nd Ave North Clanton, Alabama.

5.     This affidavit is made in support of an application for a search warrant for a safety deposit box and contents contained in the Peoples Southern Bank located at 620 2nd Ave North Clanton, Alabama in the name of Marquitia Ellis, Safety Deposit Box number 1027.

## PROBABLE CAUSE

6.     On December 2, 2016, Texas State Troopers stopped a white Ford Fusion traveling on I-40, eastbound, through Amarillo, Texas for a traffic violation. During the stop the Trooper observed the odor of marijuana and requested consent to search the vehicle from the driver. The driver gave consent and approximately 100 pounds of marijuana in four bundles was located in the trunk of the vehicle. The driver stated that he was traveling from Arizona to Verbena, Alabama. The driver stated that the vehicle and drugs were to be delivered to James TALLEY Jr, AKA "Noosi".

7.     The driver, vehicle and drugs were transported to the Amarillo, Texas DEA Office. The driver was questioned and identified TALLEY's address as 145 County Road 502, Verbena, Alabama. The driver agreed to return to Alabama and deliver the drugs to TALLEY under the supervision of law enforcement. The driver stated that the marijuana was to be delivered to TALLEY on Saturday afternoon or evening. The driver stated that the vehicle would be driven to TALLEY's residence and that TALLEY would take the vehicle and leave for approximately one hour. The driver stated that TALLEY would leave the driver at the residence until he returned.

8.     The driver stated that TALLEY had flown to Arizona and made a deal for the 100 pounds of marijuana, and met the driver in Arizona. The driver had secured a rental vehicle and loaded the marijuana in the vehicle with TALLEY present.

9.     Special Agent Shane Reese of the Amarillo DEA Office contacted the Montgomery Office to arrange for a controlled delivery of the Marijuana.   SA Reese and two other law enforcement officers flew from Amarillo, Texas to Montgomery, Alabama and arrived on December 3, 2016.

10.     Upon arrival, your affiant met Reese and the driver at the Montgomery Regional Airport and transported the driver and marijuana to the Montgomery DEA Office.  The marijuana was placed in a rental vehicle which was similar to the vehicle stopped in Texas. The driver and Ford Fusion were transported to the Clanton, Alabama area.

11.     The driver was allowed to drive the vehicle while under constant surveillance to 145 County Road 502, Verbena, Alabama. The driver met with TALLEY and turned the vehicle over to TALLEY. A short time later TALLEY left the residence driving the white Ford Fusion containing the Marijuana and traveled to a residence located at 2891 US 31 North, Marbury, Alabama.

12.     Agents went to the residence and observed TALLEY opening the trunk of the vehicle and took TALLEY into custody by the vehicle.  Agents then entered the residence and obtained a consent to search from Richie Dale MURPHY, the owner of the residence. During the search of the residence, agents located approximately 3 pounds of Methamphetamine, 15 pounds of marijuana, two handguns, and an undetermined amount of U. S. Currency. MURPHY stated he did not know what the methamphetamine was and that someone brought it to the residence and

3

left it there. MURPHY was arrested and placed in the Autauga County Jail for Trafficking in Methamphetamine under a $500,000.00 bond.

13.     Agents went to 145 County Road 502, Verbena, Alabama and obtained consent to search the residence from TALLEY's wife, Zenobia M. Talley. During the search, TALLEY was brought to the residence and gave his consent to open a safe in the residence which contained a large amount of U.S. Currency. Agents also located other large amounts of U.S. Currency in the master bedroom of the residence. Agents also seized two handguns. Agents who interviewed Zenobia Talley believe that she has knowledge of TALLEY's drug trafficking due to the presence of large sums of currency in the residence and the presence of a safe in the master bedroom wherein an additional large sum of currency was located.

14.     TALLEY was placed in the Chilton County Jail for Trafficking in Marijuana.

15.     Agents found bank documents at the residence indicating that TALLEY had accounts at Regions Bank. A check with Regions Bank revealed that TALLEY and his wife have two safety deposit boxes as well as seven bank accounts at the Regions Bank located at 100 7th Street South, Clanton, Alabama. One of the safety deposit boxes, number 2540, is in TALLEY'S name.

16.     TALLEY has been the subject of narcotics investigations in Chilton and Autauga Counties dating back to 2015. The Montgomery DEA Office has received information from confidential sources who indicated that TALLEY was involved in drug trafficking. In November 2015, TALLEY was arrested in Brookhaven, Georgia for Trafficking in Methamphetamine, Possession of Oxycodone, Possession of Marijuana, and Possession of prescription pills. Police reports indicate that TALLEY had approximately $58,000.00 seized at that time.

4

17.     On August 10, 2017, the Clanton Police Department arrested Carlos Washington of Verbena, Alabama for multiple counts of Negotiating a Worthless Instrument. Following the arrest, Sgt. Bates of the Clanton Police Department conducted an interview with Washington. During the course of the interview, Washington stated to Sergeant Bates that he was aware that James Talley (Noosie) and Zenobia Talley had U.S. Currency hidden from the police in a safe deposit box under another subject's name to prevent law enforcement from seizing the currency.

18.     After receiving that information, Sgt Bates contacted DEA TFO Chris Hill and provided the information to TFO Hill. TFO Hill and TFO Little traveled to the Clanton Police Department and met with Sergeant Bates. Sergeant Bates took TFO Hill and TFO Little to meet with Carlos Washington. Washington advised TFO Hill that he went to high school with Zenobia Talley and has remained friends with Zenobia since. Washington also advised that he communicates with Zenobia's mother Katrina Miller. Washington advised that he has recently communicated with Katrina Miller and the two have spoken about the current investigation regarding the Talley family. Washington provided pertinent information about the Talley investigation that led investigators to believe that the information Washington provided was truthful. Washington advised investigators that he had previously communicated with Katrina Miller and advised her that he worked for a drug cartel in Arizona and was looking for a safe place to store a large quantity of currency in Alabama. Washington advised that he could call Katrina Miller and she would provide information on how to store the currency and how the Talley's are storing theirs. TFO Hill, TFO Little, and Sergeant Bates agreed for Washington to conduct a recorded phone call to Katrina Miller. At 01:33 PM, Washington called Miller at (205) 415-1626 and discussed how Katrina Miller could help Washington conceal a large amount of U.S. Currency. Katrina Miller was led to believe that Washington had in his possession a large quantity of U.S.

5

Currency.  Miller advised that she has a safety deposit box at Regions but it was not able to hold much more than paper.  Miller advised Washington that if it was a lot of money then her box wouldn't work.  Miller advised Washington that she had a trailer that Washington could use to store the currency. Further, Katrina mentioned that James and Zenobia had a safety deposit box but it wasn't under their name.  The conversation continued between Washington and Katrina about the Talley's safety deposit box and Katrina stated that "Kita got that one" referring to the Talley's box.  The conversation continued for a few moments and Washington advised that his accountant          was          calling          and          he'd          call          back.

19.     After the call was concluded, Washington advised that he believed that "Kita" was Marquitia Ellis.  Washington advised that Marquitia Ellis is Katrina Miller's niece or cousin. Investigators allowed Washington to place another phone call to Katrina at (205) 415-1626 at 02:33 PM.  During that conversation, Washington and Miller continued discussing how Miller could help Washington conceal the money.  Washington brought up "Kita" and acted as if he believed that Marquita Ellis was Marquita Pastell.  Miller quickly corrected Washington and confirmed that "Kita" was Marquitia Ellis. Katrina Miller advised Washington that nobody needs to know about that safety deposit box, referring to the Talley's box in Marquitia Ellis's name. Miller advised that Marquita will be out of town and will return on Sunday.  Washington asked Miller if Miller thought it would be ok if Washington, Katrina and Marquitia could talk about Washington using Marquitia's safety deposit box to store some currency.  Washington advised that he didn't want to store his currency at Regions anyway, and Katrina responded that Marquitia's box wasn't at Regions and stated it was at Peoples Bank in Clanton. Miller also referred to the bank as "the big one". Investigators believe Miller is referring to "the big one" as

the main branch in downtown Clanton, Alabama. Miller told Washington that he just needed his

own safety deposit box. Washington advised Miller that he didn't want to open any new accounts

in an effort to avoid looking suspicious. The conversation continued about how a safety deposit

box works at the bank. Miller explained how the process works and Washington advised he would

be         in         contact         with         Miller         about         storing         the         currency.

20.    Once the recorded call was concluded investigators left the Clanton Police

Department and returned to the DEA Office in Montgomery, Alabama. A subpoena was sent to

Peoples Southern bank located at 620 2nd Ave North, Clanton, Alabama and, on August 11, 2017,

the bank confirmed that Marquitia Ellis did in fact have a safety Deposit box within the bank. The

bank advised that the Safety deposit box's number is 1027.

## CONCLUSION

21.    Based on the facts of this case, and my training and experience, I respectfully

submit that probable cause exists to believe that the aforementioned Peoples Southern Bank Safety

Deposit Box contains proceeds from the trafficking of methamphetamine and marijuana.

22.    Your affiant has participated in investigations involving organized crime and

narcotics activities. Your affiant, along with other members of the investigative team, have

received specialized training in identifying and investigating narcotics distribution enterprises and

their related criminal activities, including monetary and asset laundering. Your affiant, along with

members of the investigative team your Affiant works with, has participated in all or parts of a

number of such investigations. Members of the investigative team your Affiant works with have

gained investigative specialization in the area of methamphetamine, cocaine, marijuana, and/or

poly-drug conspiracies. Your Affiant, along with members of the investigative team, have received

in service continuing professional education in this area of law enforcement and review agency and other publications to stay abreast of developments in this field of law enforcement.

23.     Your Affiant's training and participation in investigations of narcotics traffickers and others involved in illegal businesses and activities have given me knowledge to recognize the methods used by narcotics traffickers and money launderers to conceal their assets, income and activities from the government and third parties. Based on your Affiant's training and experience, your Affiant knows the following:

> a.     that drug traffickers generate tremendous profits from these illegal activities.  These individuals attempt to hide their illegal activities to avoid detection by law enforcement agencies;
>
> b.     that drug traffickers must maintain large amounts of currency and/or controlled substances readily accessible to them in order to maintain and finance their ongoing illegal activities;
>
> c.     that drug traffickers maintain books, records, receipts, bank statements and records, money drafts, letters of credit, money orders, cashier's checks, documents relating to safety deposit boxes, and other documents and audio and video tape recordings evidencing the acquisition, secreting, transfer, and concealment of assets and currency.  These records are maintained at a place such as a residence, business, and safety deposit boxes where the individual has ready access to these documents and they are concealed from law enforcement authorities;
>
> d.     that drug traffickers commonly "front" (provide illegal controlled substances on consignment) to their clients.  That books, records, receipts,

8

handwritten notes, ledgers, and audio and video tape recordings are maintained for the purpose of documenting fronted controlled substances to these individuals. These records are maintained at a residence, business, or safety deposit boxes where the individual has ready access to these documents and they are concealed from law enforcement authorities;

e.      that when drug traffickers accumulate profits from the sale of these drugs, they frequently try to legitimize those profits. In order to accomplish this, they utilize foreign and domestic banks, accounting firms, securities, cashier's checks, money drafts, letters of credit, brokerage houses, real estate and business fronts;

f.      that drug traffickers commonly maintain addresses or telephone numbers and books or papers which reflect names, addresses and/or telephone numbers of their associates and clients in their drug trafficking activities and that they maintain these records at their residence, the residence of relatives, the residence of a girlfriend, business, or in a safety deposit box where they are concealed from law enforcement authorities;

g.      that drug traffickers maintain safety deposit boxes as a place to store the large amounts of currency generated through the sale of illegal drugs. Safety deposit boxes are used because the individual has ready access to the contents of these boxes and the contents are concealed from law enforcement authorities including the Internal Revenue Service;

h.      that drug traffickers purchase and maintain caches of precious metals, jewelry and other items of value relating to obtaining, transferring, secreting

or spending large sums of money made from engaging in drug trafficking activities at their residence, business, automobiles, storage buildings and safety deposit boxes;

i.    that drug traffickers frequently take or cause to be taken photographs or videotapes of themselves, their associates, their properties, and their contraband and that these traffickers maintain these photographs or videotapes at their residence, business, and safety deposit box;

j.    that drug traffickers attempt to conceal their methods of travel by using false names and identification;

k.    that drug traffickers attempt to conceal their methods of communications and contacts with associates (use of telephones or other communication devices);

l.    that drug traffickers often use scanners, and electronic equipment for communication and detection of transmitters and recorders;

24.    Wherefore, your Affiant respectfully requests of the Court based upon the facts and circumstances set forth herein, that probable cause be found to exist such that crimes alleged herein has been and/or are being committed by TALLEY and that evidence and/or proceeds of those crimes will be found inside Safety Deposit Box number 1027 in the name of Marquitia Ellis. at Peoples Southern Bank at 620 2nd Ave N, Clanton, Alabama. I further request that the Court find that there is probable cause to believe that properties described above and any and all

other material evidence of violations of Title 21 United States Code, Section 846 will be located

in the above described location.

Respectfully submitted.

Chris Hill
Task Force Officer
Drug Enforcement Administration

Subscribed and sworn to before me
on August 11, 2017:

GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE

11